**Order entered January 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01476-CR

### MITCHELL LEE WILLIAMSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 068084

## ORDER

Before the Court is court reporter Paula Thomas's January 4, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed **THIRTY DAYS** from the date of this order. *See* TEX. R. APP. P. 35.3(c).


/s/ LANA MYERS
   JUSTICE